# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMAN GROUP S.á.r.l., a Swiss corporation,<br><br>          Plaintiff/Counterdefendant,<br><br>     v.<br><br>AMAN SPIRITS LLC, a California limited liability company, and GERARDO MADRIGAL, an individual,<br><br>          Defendants/Counterplaintiffs. | **Case No.** 2:21-cv-09902-SB-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

   Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED as modified**.

   **IT IS SO ORDERED.**

Dated: July 15, 2022

_____
Hon. Paul L. Abrams
United States Magistrate Judge